UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:18-cv-10822-LTS

A. MICHAEL DAVALLOU,
        Plaintiff,

v.

ANCIENT & HONORABLE ARTILLERY COMPANY OF MASSACHUSETTS, EMERY A. MADDOCKS, JR. and UNITED STATES OF AMERICA,
        Defendants

and

ANCIENT & HONORABLE ARTILLERY COMPANY OF MASSACHUSETTS and EMERY A. MADDOCKS, JR,
        Counterclaim Plaintiffs

v.

A. MICHAEL DAVALLOU,
        Counterclaim Defendant.

**ENTRY OF SEPARATE JUDGMENT**

The Court having allowed defendant United States of America's motion to dismiss on June 25, 2019, separate judgment is hereby entered in its favor and against Plaintiff A. Michael Davallou on all claims against the United States.

Dated: April 28, 2020

*Clerk of Court*

Robert Farrell,
Clerk of the Court
By,

  /s/ Mariliz Montes
_____
*Deputy Clerk*

