UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:18-cv-10822-LTS

A. MICHAEL DAVALLOU,
                          Plaintiff,

v.


ANCIENT & HONORABLE ARTILLERY COMPANY OF
MASSACHUSETTS, EMERY A. MADDOCKS, JR. and
UNITED STATES OF AMERICA,
                          Defendants                                    **NOTICE OF APPEAL**

and

ANCIENT & HONORABLE ARTILLERY COMPANY OF
MASSACHUSETTS AND EMERY A. MADDOCKS, JR.,
                          Counterclaim Plaintiffs

v.

A. MICHAEL DAVALLOU,
                          Counterclaim Defendant.

Notice is hereby given that A. MICHAEL DAVALLOU, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the separate and final judgment in favor of defendant United States of America, entered in this action on the 28th day of April, 2020.

Dated: May 15, 2020

Respectfully submitted,
Plaintiff,
By His Attorney,
_____/s/Scott E. Charnas_____
Scott E. Charnas, MA BBO No. 081240
CHARNAS LAW FIRM, P.C.
265 Franklin Street, Suite 1702
Boston, MA 02110
Tel: 617-557-47
Fax: 617-557-9199
Email: scharnas@charnaslawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent this day electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 15, 2020

_____/s/Scott E. Charnas__
Scott E. Charnas, Esq.